FILED
2008 APR -3 PM 12: 10
STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

FILED
MAR 28 2008
CLERK OF THE
INDIANA SUPREME COURT
COURT OF APPEALS
TAX COURT

# In the
# Indiana Supreme Court

| | |
|---|---|
| In re Failure to Satisfy Costs in Lawyer Disciplinary Cases of: Daniel S. KELLY, et al,       Respondents. | Supreme Court Cause No. 94S00-0801-MS-9 |

## ORDER DISMISSING ACTION WITH RESPECT TO DANIEL S. KELLY

On January 8, 2008, the Indiana Supreme Court Disciplinary Commission filed a "Petition for Suspension of Certain Attorneys for Failure to Satisfy Costs Ordered in Connection with Lawyer Discipline Proceedings," asserting each of the Respondents failed to pay costs assessed in a disciplinary action by the due date of the attorney's annual registration fee (October 1), in violation of the requirements of Indiana Admission and Discipline Rules 23(10)(f)(5), 23(16), and (2)(b).

On March 18, 2008, this Court entered an order suspending from the practice of law in Indiana three attorneys, including Daniel S. Kelly. The Commission now files a "Motion to Dismiss," reporting that Daniel S. Kelly has paid in full the amount owed in unpaid costs.

Being duly advised, the Court GRANTS the motion, DISMISSES this action with respect to Daniel S. Kelly, and REINSTATES Daniel S. Kelly to the practice of law in Indiana.

The Court directs the Clerk to forward a copy of this Order to Daniel S. Kelly or his attorney, to the Indiana Supreme Court Disciplinary Commission, and to all other entities entitled to notice under Admission and Discipline Rule 23(3)(d).

Done at Indianapolis, Indiana, this 28th day of March, 2008.

Randall T. Shepard
Chief Justice of Indiana

Daniel Kelly
5805 Haverford Avenue
Indianapolis, IN 46204

I, Kevin S. Smith, Clerk of the Indiana Supreme Court do hereby certify, pursuant to Ind. Code 33-5-40-4 that the foregoing is a full, true, complete and correct copy of the original Order as the same appears upon the record of said Court, and in my custody as Clerk. In testimony whereof I have subscribed by name and affixed the seal of said Court this 28th day of March, 2008.

_____ Clerk
By A. Eby, Deputy